**Order entered March 24, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00018-CR

**DEVONTE WEBB, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F13-56001-J**

## ORDER

The Court **GRANTS** appellant's March 20, 2015 second motion to extend time to file his brief as follows. We **ORDER** appellant to file, by **APRIL 23, 2015**, either a brief or a motion to dismiss the appeal that complies with Texas Rule of Appellate Procedure 42.2(a).

/s/     LANA MYERS
        JUSTICE